IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| HELENA CHEMICAL COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:11-cv-00519-SWW |
| | * | |
| | * | |
| TRACY VAUGHN, | * | |
| | * | |
| Defendant. | * | |

## DEFAULT JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court hereby enters a default judgment against Tracy Vaughn and in favor of Helena Chemical Company pursuant to Fed.R.Civ.P. 55(b)(2) in the amount of $127,020.35, plus pre-judgment interest of $4,038.54 through July 31, 2011 and $19.14 per diem thereafter, costs in the amount of $395.00, attorneys' fees and expenses incurred herein in the amount of $936.55, and post-judgment interest pursuant to 28 U.S.C. § 1961, at a rate equal to the weekly average 1-year constant maturity Treasury yield, compounded annually, to run from the date of entry of judgment until such time that Vaughn satisfies the total amount of money damages stated herein.

IT IS SO ORDERED this 24th day of August 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE